# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH   DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.   CR415-211 |
| | ) | |
| JAMES SIDNEY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Application for leave of absence has been requested by Jennifer G. Solari for the period of Monday, July 11, 2016 through and including Friday, July 15, 2016.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this   6th   day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA