# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v.    ) <br> ) <br> JAMES SIDNEY JOHNSON.    ) <br> ) <br> Defendant.    ) | Case No.  CR415-211 |

## O R D E R

Application for leave of absence has been requested by John D. Carson, Jr., for the period of Monday, September 19, 2016 through and including Wednesday, September 21, 2016.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this  18th  day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA