# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                  )    CR 4:15-211<br>)<br>JAMES SIDNEY JOHNSON,         )<br>)<br>    Defendant.               ) | |

## ORDER

Before the Court is Defendant James Johnson's motion for early termination of supervised release. Dkt. No. 72. For the reasons below, Defendant's motion is **GRANTED**.

## BACKGROUND

Pursuant to a written plea agreement, Defendant pleaded guilty to wire fraud, in violation of 18 U.S.C. § 1343. Dkt. Nos. 18, 43. In November 2016, the Court sentenced Defendant to sixty-six months' imprisonment, followed by three years of supervised release. Dkt. No. 43. The Court also imposed a $100 special assessment and $546,380.18 in restitution. Id.

Defendant was released from Bureau of Prisons' custody on or about August 6, 2021. Defendant has served twenty-four months of his thirty-six-month term of supervision and now moves the Court for early termination of same. Dkt. No. 72.

Defendant argues that, since his release from Bureau of Prisons' custody, he has fully complied with the conditions of his supervision, and he has made all required restitution payments, as modified. Id. He also states he has demonstrated rehabilitation and argues that terminating his supervision will make it more feasible for him to increase his earning potential and pay his restitution in full. Id. at 2. Notably, Defendant has paid $311,859.55 toward his restitution.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

In light of Defendant's compliance with all conditions of supervision, his having served two-thirds of his term of supervised release, and there being no objection from the United States Probation Office or the Government, the Court finds termination of Defendant's supervised release pursuant to § 3583(e)(1) is appropriate. Accordingly, Defendant's motion

for early termination of supervised release, dkt. no. 72, is **GRANTED**. Defendant's term of supervised release is hereby terminated.

**SO ORDERED** this 7 day of August, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA